```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        JAN 24 2007

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, et al, <br><br> Plaintiffs, <br><br> v. <br><br> R.H. EASTMOND INC., et al, <br><br> Defendants. | Case No. C06-394P <br><br> ORDER OF DISMISSAL |

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this __23__ day of January, 2007.

_/s/ Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

06-CV-00394-ORD

ORDER OF DISMISSAL