UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, DISTRICT COUNCIL NO. 5, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R.H. EASTMOND, INC., et al, <br><br> Defendants. | No. C06-394MJP <br><br> ORDER DENYING MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiffs' motion for an entry of judgment by default against Defendants Ron Eastmond and R.H. Eastmond, Inc. (Dkt. No. 31.) Having considered the motion, the documents submitted in support of the motion, and the record herein, the Court concludes that it cannot enter the judgment requested without more supporting information.

Plaintiffs request the following judgment amount: $66,154.31, which is comprised of $21,273.06 in unpaid wages, $2942.63 interest, $21,273.06 exemplary damages, $1362.56 in delay wages, $18,723 in attorneys' fees, and $580 in costs. The declarations and exhibits submitted support the $21,273.06 in unpaid wages. (See Flavin Decl., Exs. 2-3.) They also support an award of $580 in costs and $18,723 in attorneys' fees. (See Flavin Decl., Ex. 4; Mark Decl.) But Plaintiffs have not documented how they calculated the interest, delay wages, or exemplary damages.

//

//

ORDER – 1

Because the Court cannot enter default judgment on the evidence presented, the motion for entry of default judgment is DENIED without prejudice to Plaintiffs resubmitting their motion with proper documentation.

The clerk is directed to send a copy of this order to all counsel of record.

DATED this 2nd day of May, 2007.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER – 2